UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19-mj-23126-RNB-AGS |
|---|---|
| Plaintiff, | **ORDER AFFIRMING CONVICTION** |
| v. | |
| Edgar BAUTISTA-GARCIA, | |
| Defendant. | |

Defendant appeals his conviction for misdemeanor illegal entry under 8 U.S.C. § 1325(a) on a single ground: "prosecution for illegal entry violates equal protection." (ECF 19, at 4.) But the Ninth Circuit "reject[ed]" this argument in the context of felony illegal reentry, 8 U.S.C. § 1326, because there is not enough evidence "that Congress enacted § 1326 because of discriminatory animus against Mexicans or other Central and South Americans." *See United States v. Carrillo-Lopez*, 68 F.4th 1133, 1154 (9th Cir. 2023), *cert. denied*, 144 S. Ct. 703 (2024). That legislative history compels the same result here. *See United States v. Rizo-Rizo*, 16 F.4th 1292, 1298 (9th Cir. 2021) (noting that "both § 1325(a) and § 1326(a) were enacted together as part of the Immigration and Nationality Act of 1952"). Regardless, defendant concedes that *Carrillo-Lopez* "currently controls the analysis" and merely seeks to preserve this argument "in the event that a higher court revisits the issue." (ECF 19, at 5.) The argument is preserved, but defendant's conviction is

**AFFIRMED.**

Dated:  February 28, 2025

_____
Hon. Andrew G. Schopler
United States District Judge